JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ERICA HART, individually and on behalf of all others similarly situated and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>MOVEMENT MORTGAGE, LLC, a Delaware Limited Liability Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:14-cv-01168 -JLS- PLAx<br><br>**JUDGMENT** |

1       On November 30, 2016, this Court granted Plaintiff Erica Hart's Motions for Final Approval of Class Action Settlement and for Attorneys' Fees, Costs, and Class Representative Enhancement. (Order, Doc. 51.) The Court hereby finds and orders as follows:

      1.     The Court has jurisdiction over the subject matter of this action, the Class Representative, the Class Members as defined in the Settlement Agreement, and Defendant.

      2.     The Court grants final approval of class certification, for purposes of settlement only, of the Class as defined in the Settlement Agreement.

      3.     The Court determines that all Participating Class Members are bound by this Judgment.

      4.     The Court grants final approval of the Settlement Agreement, which it determines to be fair, reasonable, and adequate under the circumstances.

      5.     Upon satisfaction of all payments and obligations in the Settlement Agreement, this case is dismissed with prejudice.

      6.     Class Counsel is awarded attorneys' fees of 25% of the Maximum Settlement Amount, which amounts to an award of $172,500. The Court also awards Class Counsel $6,626.83 for reimbursement of litigation costs and expenses.

      7.     Plaintiff Erica Hart is awarded a service payment of $5,000.

      8.     ILYM Group, Inc. is awarded $9,013.45 for reasonable class administration services and expenses.

      9.     The Court shall have continuing jurisdiction over this matter and over Plaintiff, Defendant, and Participating Class Members to the fullest extent necessary to address, enforce, and effectuate the terms of the Settlement Agreement and this Judgment.

10. The parties are ordered to carry out the distribution of the Settlement Fund as set forth in the Settlement Agreement.

11. This document shall constitute a judgment for purposes of Rule 59 of the Federal Rules of Civil Procedure.

12. Upon entry of this Judgment and the release of the Settlement Fund to the Claims Administrator in this case, Plaintiff and Participating Class Members shall be deemed to have released all claims at issue in this lawsuit as set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 06, 2016

Hon. Josephine L. Staton
United States District Judge